IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-00311-WDM-MJW

JEROMIE JAMES ROSE,

Plaintiff(s),

v.

CITY OF LAFAYETTE, COLORADO, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order Re:
Confidential Materials (docket no. 17) is GRANTED.  The written Stipulated Protective
Order Re: Confidential Materials is APPROVED as amended in paragraph 10 and
made an Order of Court.

Date:  November 15, 2005