IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-00311-WDM-MJW

JEROMIE JAMES ROSE,

Plaintiff(s),

v.

CITY OF LAFAYETTE, COLORADO, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Defendant Officer Franek's Motion for Protective Order (docket no. 30) is GRANTED. The Plaintiff has failed to file any response to this motion and therefore the court deems the motion confessed. Discovery is not permitted into the reasons why Officer Franek resigned.

Date:  January 9, 2006