IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No   05-cv-00311-WDM-MJW

JEROMIE JAMES ROSE,
   Plaintiff,

v.

CITY OF LAFAYETTE, COLORADO;
LAFAYETTE POLICE OFFICER THOMAS FRANEK, INDIVIDUALLY;
LAFAYETTE POLICE OFFICER GARY THATCHER, INDIVIDUALLY;
LAFAYETTE POLICE OFFICER DAVID SELF, INDIVIDUALLY;
LAFAYETTE POLICE OFFICER, BETTY FRIESE, INDIVIDUALLY,
   Defendants.

---

## ORDER GRANTING UNOPPOSED
## MOTION TO AMEND THE SCHEDULING ORDER
( Docket no. 36 )

---

THIS MATTER, having come before the Court on the Unopposed Motion to Amend the Scheduling Order, and the Court being fully advised in the premises,

DOTH ORDER, that the Scheduling Order be amended and that the parties be allowed up to and including May 5, 2006 within which to submit dispositive motions.

DONE AND SIGNED this 7th day of February, 2006.

BY THE COURT:

_____
U.S. ~~District Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE